THE TIMKEN-DETROIT COMPANY, A CORPORATION, PLAINTIFF-APPELLANT, v. ARROW REALTY COMPANY, A CORPORATION, DEFENDANT-RESPONDENT.

Submitted February 17, 1933—Decided April 27, 1933.

For the appellant, *Franklin E. Pellegrin*.

For the respondent, *Samuel C. Meyerson*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the opinion of the Supreme Court, *ubi supra*.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 12.

*For reversal*—None.